IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA | CASE NO. 19-mj-90104-KGG |
|---|---|
| VS. | |
| CHRISTOPHER E. RINGER<br>FORT RILEY, KS | |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about May 1, 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas CHRISTOPHER E. RINGER did unlawfully commit an assault by striking another, to wit: JENA L. RINGER, in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

### COUNT II

On or about May 1, 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, CHRISTOPHER E. RINGER did unlawfully injure, damage, mutilate, deface, destroy and substantially impair the use of property, of a value of less than $500.00, in which another had an interest without the consent of such other person, to wit: bathroom door, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5813. **(Criminal Damage to Property)(Class B Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   Aug 29, 2019

HON. KENNETH G. GALE
U.S. Magistrate Judge